■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT PETTIFORD, Appellant. [651 NYS2d 895] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Garson, J.), rendered February 27, 1995, convicting him of robbery in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find no basis in the record to disturb the trial court's determination to seat a prospective juror after its finding that defense counsel's race-neutral explanation for challenging that juror was pretextual (*see, People v Payne,* 88 NY2d 172; *People v Allen,* 86 NY2d 101). Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY PINCKNEY, Appellant. [651 NYS2d 262] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 10, 1995 (*People v Pinckney,* 220 AD2d 539), affirming a judgment and an amended judgment of the Supreme Court, Kings County, both rendered January 18, 1994. Justice Miller has been substituted for the late Justice Hart (*see,* 22 NYCRR 670.1 [c]).

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Miller, J. P., Thompson, Copertino and Goldstein, JJ., concur.